Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. W. S. Dalzell* for the petitioner. No appearance for the respondent.

No. 1051. RITER-CONLEY MFG. CO., PETITIONER, *v.* NELLIE C. AIKEN AND NELLIE C. AIKEN, JR. May 12, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. E. W. Bradford, Mr. Wm. G. Doolittle* and *Mr. Henry P. Doolittle* for the petitioner. *Mr. Robert D. Totten* and *Mr. James I. Kay* for the respondents.

No. 1082. JOHN M. RHEA, PETITIONER, *v.* THE UNITED STATES. May 12, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Wm. P. Bynum* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.

No. 1084. JOSEPH G. MAY ET AL., PETITIONERS, *v.* THE UNITED STATES. May 12, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. P. H. Cullen, Mr. Thos. T. Fauntleroy* and *Mr. Shepard Barclay* for the petitioners. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.

No. 1088. CORNELIUS A. DAVIS ET AL., PETITIONERS, *v.* SMOKELESS FUEL COMPANY. May 12, 1913. Petition